Date: 12/18/09             DIVIDENDS REMITTED TO THE COURT            Page: 1

*Receipt # 149553*

Case Number 09-15050 - ROITBLAT, SCOTT SAMUEL

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Advanced Irrigation<br>5353 Majestic Parkway # E<br>Bedford, OH 44146 | 000007 | 107 | 276.42 | 3.74 |
| The Barkley of Cleveland, LLC<br>27349 Miles Rd<br>Orange, OH 44022 | 000009 | 109 | 238.20 | 3.22 |
| ---------- Remittance Total --------------- | | | 514.62 | 6.96 |

*[signature]*
ALAN J. TRENISH, TRUSTEE